IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GARY RICHARDS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

v.

CASE NO. 1D17-2745

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed November 6, 2017.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Gary Richards, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.